In the Matter of the Accounting of HENRIETTA LOSER, as Executrix of MAX FLATAUER, Deceased, Appellant and Respondent.

ADDIE P. FLATAUER, Respondent and Appellant.

*Matter of Flatauer*, 182 App. Div. 884, affirmed.

(Submitted February 28, 1918; decided March 19, 1918.)

CROSS-APPEALS from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 18, 1918, which affirmed a decree of the New York Surrogate's Court judicially settling the accounts of Henrietta Loser as executrix of Max Flatauer, deceased. Objections to the account were filed on behalf of Addie P. Flatauer as follows: " *Second.* To so much of Schedule D of said account as pertains to the claim of the contestant herein, and this contestant alleges that she is entitled to one-half of the estate of Max Flatauer, deceased, as his lawful widow, under the statutes of the State of Florida, which was the matrimonial domicile of this contestant and the said Max Flatauer, deceased, at the time of the latter's death." The account and objections were referred to a referee who thereafter filed his report in effect allowing the contestant's claim. The cross-appeal by the contestant was based on her contention that the one-half share of the decedent's estate which she claims is one-half of the entire gross personal estate, and should be computed

without deducting funeral expenses, administration, etc. (See *Flatauer* v. *Loser*, 211 N. Y. 15.)

*Louis Lowenstein* for executrix, appellant and respondent.

*Maurice B. Blumenthal* and *Max Schellitzer* for contestant, respondent and appellant.

Order affirmed, without costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, CARDOZO, POUND and ANDREWS, JJ. Not sitting: HISCOCK, Ch. J.